Electronically Filed
8/11/2015 5:15:49 PM
Noe Guerra Jr., District Clerk
Brooks County, Texas
Reviewed By: VANESSA MARTINEZ

ACCEPTED
04-15-00536-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/28/2015 3:14:40 PM
KEITH HOTTLE
CLERK

04-15-00536-CV

CAUSE NO. 13-12-16488-CV

| | | |
|---|---|---|
| ROMEO LONGORIA, ET AL | § | IN THE DISTRICT COURT |
| | § | 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| | § | 08/28/2015 3:14:40 PM |
| | § | KEITH E. HOTTLE |
| VS. | § | BROOKS COUNTY, TEXAS |
| | § | Clerk |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| ET AL | § | 79th JUDICIAL DISTRICT |

**PLAINTIFFS' NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiffs ROMEO LONGORIA, ARNOLD ALVAREZ, GERARDO ALVAREZ, HUMBERTO H. ALVAREZ, ARTURO ALVAREZ, JR., RITA BARRERA, JO MARIE CANO, REBECCA HILDA CASSO, JOAQUIN CODINA III, DORA ELVA DOVALINA, DIANA GILDA FERNANDEZ, SYLVIA GUERRA, JOSE E. GUTIERREZ, ANNA DOLORES HINOJOSA, ARNOLD HINOJOSA, LUCAS HINOJOSA, ROMEO OMAR HINOJOSA, ROSA MARIA C. HUERTA, NOEMI KOLEK, MATEO LONGORIA III, ABEL LONGORIA, ANITA L. LONGORIA, BEVERLY LONGORIA, DAVID KING LONGORIA, HENRY J. LONGORIA, HOMERO LONGORIA, ISAAC LONGORIA, JAMES ANDREW LONGORIA, JAMES RICHARD LONGORIA, JOSE MARIA LONGORIA, Jr., LAURIE LONGORIA, ROBERTO C. LONGORIA, JR., M.A. (ANDY) LONGORIA, RENEE LONGORIA, ROBERTO LONGORIA, ROMEO LONGORIA, ROY LONGORIA, XAVIER LONGORIA, EDNA NORA LONGORIA-ROTHWELL, THELMA LOPEZ, GUADALUPE RAQUEL MARES, IDA MARTINEZ, ALICIA MCFARLAND, SUSANA NAVARRO, ADOLPH OLGINE, JR., JUAN G. OLGINE, ROSA

1

MARIE OLGINE, NOELIA HINOJOSA PENA, JACOB REYES, JAMES REYES, JOHN G. REYES, BELIA ROCK, JUAN D. SAENZ, MARIA L. SEGINA, HENRIETTA SWEET, HUMBERTO VERA, JESUS VERA, JOSE ESTEBAN VERA, GLORIA LEE VERA, MIGUEL VERA ("Plaintiffs") desire to appeal from the final judgment signed by this court on May 28, 2015 to the Court of Appeals for the Fourth Court of Appeals at San Antonio, Texas.

The Plaintiff Parties to the Appeal or as follows represented by Justin L. Williams and Michael Guerra:

Alvarez, Arnold
Alvarez, Gerardo
Alvarez, Humberto H.
Alvarez, Jr., Arturo
Barrera, Rita
Cano, Jo Marie
Casso, Rebecca Hilda
Codina III, Joaquin
Dovalina, Dora Elva
Fernandez, Diana Gilda
Guerra, Sylvia
Gutierrez, Hector
Gutierrez, Jose E.
Hinojosa, Anna Dolores
Hinojosa, Arnold
Hinojosa, Lucas
Hinojosa, Romeo Omar
Huerta, Rosa Maria C.
Kolek, Noemi
Longoria III, Mateo
Longoria, Abel
Longoria, Anita L.
Longoria, Beverly
Longoria, David King
Longoria, Henry J.
Longoria, Homero

Longoria, Isaac
Longoria, James Andrew
Longoria, Jr., Jose Maria
Longoria, Jr., Roberto C
Longoria, Laurie
Longoria, M.A. (Andy)
Longoria, Renee
Longoria, Roberto
Longoria, Romeo
Longoria, Roy
Longoria, Xavier
Longoria-Rothwell, Edna Nora
Lopez, Thelma
Mares, Guadalupe Raquel
Martinez, Ida
McFarland, Alicia
Navarro, Susana
Olgine Jr., Adolph
Olgine, Juan G. (John G.)
Olgine, Rose Marie
Pena, Noelia Hinojosa
Reyes, Jacob
Reyes, James Matthew
Reyes, John G.
Rock, Belia
Saenz, Juan D.
Segina, Maria L.
Sweet, Henrietta
Vera, Gloria Lee
Vera, Humberto
Vera, Jesus
Vera, Jose Esteban
Vera, Miguel

The defendant parties to this appeal are as follows with counsel of record indicated.

**Cody Energy LLC**
Norton Rose Fulbright US LLP
William D. Wood
Rebecca J. Cole
1301 McKinney, Suite 5100
Houston, TX 77010

**Shell Oil Company**
Norton Rose Fulbright US LLP
Daniel McClure
Lauren Varnado
1301 McKinney, Suite 5100
Houston, TX 77010

**Exxon Mobil Corporation, Exxon Mobil Oil Corporation, and Dominion Oklahoma Texas Exploration and Production**
McGinnis, Lochridge, and Kilgore LLP
Patton Lochridge
Travis Barton
J. Derrick Price
Jordan Mullins
600 Congress Avenue, Suite 2100
Austin, TX 78701

**Oxy USA**
Ellis, Koeneke & Ramirez LLP
Edmundo O Ramirez
1101 Chicago Avenue
McAllen, TX 78501

**BHP Billiton Petroleum (TXLA Operating) Company formerly known as Petrohawk Operating Company and Wynn Crosby Energy Inc.**
Hartline Dacus Barger Dreyer LLP
Darrell Barger
J. Reid Simpson
800 N. Shoreline, Suite 2000 N. Tower
Corpus Christi, TX 78401

**Gary Glick, Michael Glick, Robert Glick, Roger Glick, Steven Glick, Will York, Jr., Beverly York, John York and Dan York**
Locke Lord LLP
John R. Nelson
600 Congress Avenue, Suite 2200
Austin, TX 78701

**Gloria Garcia Lopez, Individually and as independent executrix of the estate of Hector S. Lopez, Deceased**
The Rangel Law Firm, PC
615 N. Upper Broadway, Suite 2020
Corpus Christi, TX 78401

**Mauro Longoria and Longoria Santa Rosa Ranch LLC**
Atlas Hall & Rodriguez LLP
E. Michael Rodriguez
Erin A. Hudson
PO Box 63699
Brownsville, TX 78520

**Max J. Luther III**
Law Offices of Robert B. Luther PC
1800 Rio Grande
Austin, TX 78701
512-477-2323

**Joe Henkel, Trustee Kleberg First National Bank**
Fritz, Byrne, Head & Harrison, PC
500 North Shoreline, Suite 901
Corpus Christi, TX 78401

The parties joined as a result of the Court's Order without any counsel representing them are as follows:

Viola E Canales and Matias Canales
Ovidio Escalante and Cleotilde Escalante
Homer Escalante
Maria E. Rivera and Joe M Rivera
Ernestina E. Bazan
Arturo Garza
Elva Hyde
Elva Perez Estate
Flora Garza
Hector Gutierrez
Joe Warren Friend, Jr
John O Hasting, Jr.
Jose Gutierrez
Jose Ovidio Garza
Noel Garza
Noelia Trevino Herrera
Rene Longoria
Reinaldo Perez Jr Estate
Roberto Gutierrez
Roel Perez
Ariel Ramirez
Pedro Ramirez, Jr.
Michelle Lee Ramirez
Sylvia Cuellar

The parties served as a result of the Court's Order who DID NOT file an answer are as follows:

Elma E. Rodriguez
Amalia Longoria Cuellar
Noble Royalties, Inc.
Praxis Energy LLC
Audelia Villarreal Sanchez
Elva Villarreal Rosa
John V. Espinoza

Juan Longoria
Medardo A. Villarreal and Elma Lydia S. Villarreal
Noel Villarreal
Olga T. Cantu
R.W. Gribble III
Ruben Trevino, Jr.
Sylvia Longora Cuellar
Roy Longoria
John H. Espinoza
Daniel Juarez, III
Noe Juarez
Ricardo Juarez
Universal Royalty Company Ltd.
Aida Vera Olguin
Norma Longoria

The addresses for all parties will be supplemented as soon as possible.

Respectfully Submitted,

/s/ Justin L. Williams
Michael Guerra
COLE, EASLEY, SCIBA & WILLIAMS, P. C.
302 W. Forrest
Victoria, TX 77901
TX Bar # 21555800
361-575-0551 Telephone
361-575-0986 Facsimile
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that a true, correct and complete copy of this Notice of Appeal has been forwarded to the clerk of the trial court, on August 11th 2015 and to all parties to the judgment, by either first class U.S. mail, electronic service or electronic transmission on this the 12th day of August, 2015.

/s/ Justin L. Williams
Justin L. Williams

**Cody Energy LLC**
Norton Rose Fulbright US LLP
William D. Wood
Rebecca J. Cole
1301 McKinney, Suite 5100
Houston, TX 77010

**Shell Oil Company**
Norton Rose Fulbright US LLP
Daniel McClure
Lauren Varnado
1301 McKinney, Suite 5100
Houston, TX 77010

**Exxon Mobil Corporation, Exxon Mobil Oil Corporation, and Dominion Oklahoma Texas Exploration and Production**
McGinnis, Lochridge, and Kilgore LLP
Patton Lochridge
Travis Barton
J. Derrick Price
Jordan Mullins
600 Congress Avenue, Suite 2100
Austin, TX 78701

**Oxy USA**
Ellis, Koeneke & Ramirez LLP
Edmundo O Ramirez
1101 Chicago Avenue
McAllen, TX 78501

**BHP Billiton Petroleum (TXLA Operating) Company formerly known as Petrohawk Operating Company and Wynn Crosby Energy Inc.**
Hartline Dacus Barger Dreyer LLP
Darrell Barger
J. Reid Simpson
800 N. Shoreline, Suite 2000 N. Tower
Corpus Christi, TX 78401

**Gary Glick, Michael Glick, Robert Glick, Roger Glick, Steven Glick, Will York, Jr., Beverly York, John York and Dan York**

Locke Lord LLP
John R. Nelson
600 Congress Avenue, Suite 2200
Austin, TX 78701

**Gloria Garcia Lopez, Individually and as independent executrix of the estate of Hector S. Lopez, Deceased**
The Rangel Law Firm, PC
615 N. Upper Broadway, Suite 2020
Corpus Christi, TX 78401

**Mauro Longoria and Longoria Santa Rosa Ranch LLC**
Atlas Hall & Rodriguez LLP
E. Michael Rodriguez
Erin A. Hudson
PO Box 63699
Brownsville, TX 78520

**Max J. Luther III**
Law Offices of Robert B. Luther PC
1800 Rio Grande
Austin, TX 78701
512-477-2323

**Joe Henkel, Trustee Kleberg First National Bank**
Fritz, Byrne, Head & Harrison, PC
500 North Shoreline, Suite 901
Corpus Christi, TX 78401